**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| SAN JUAN CITIZENS ALLIANCE, and<br>CENTER FOR BIOLOGICAL DIVERSITY<br><br>Plaintiffs,<br><br>v.<br><br>DEREK PADILLA, in his Official Capacity, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23-cv-1501-REB |

---

**UNOPPOSED MOTION FOR WITHDRAWAL OF EDWARD B. ZUKOSKI AS COUNSEL FOR PETITIONER CENTER FOR BIOLOGICAL DIVERSITY**

---

Pursuant to D.C.COLO.LAttyR 5(b), the undersigned Edward B. Zukoski respectfully moves to withdraw as counsel for petitioner Center for Biological Diversity ("the Center"). This motion is unopposed.

Good cause exists for Mr. Zukoski's withdrawal. He has taken a position at the Center that focuses his legal work on matters in Arizona and New Mexico. Mr. Zukoski's withdrawal will not burden Center because Ms. Allison Henderson of the Center and Mr. Travis Stills of Energy & Conservation Law currently represent the Center in this case, and will continue to do so.

With this filing, the undersigned serves this motion to withdraw on all counsel of record, and on the Center for Biological Diversity, Mr. Zukoski's client. Mr. Zukoski has provided notice to the Center that it is responsible for complying with all court orders and time limitations established by applicable statutes and rules. *See*

D.C.COLO.LAttyR 5(b). Because the Center is a non-profit corporation, the undersigned notified the Center that it "may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity," per D.C.COLO.LAttyR 5(b). Because the Center will continue to be represented in this case by Ms. Henderson and Mr. Stills, there is no need for the Center to obtain "substitute" counsel for Mr. Zukoski.

Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned contacted counsel for Federal Defendants who stated that they do not oppose the motion.

Respectfully submitted June 28, 2024.

*/s/ Edward B. Zukoski*

Edward B. Zukoski
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Attorney for Petitioner Center for Biological Diversity