**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge Robert E. Blackburn**

Civil Action No. 23-cv-01501-REB

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs,

v.

DEREK PADILLA, in his Official Capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest, *et. al,*

Defendants.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Unopposed Motion To Extend Deadlines** [#21][2] filed October 26, 2023. The motion concerns deadlines for filing amended pleadings and to resolve record disputes or file motions concerning the administrative record. Within about 3 weeks after the motion was filed, the plaintiffs filed an amended complaint and a revised certification of the administrative record was filed. As a result, the motion [#21] became moot. All of the filings of the parties from November 22, 2023, to January 4, 2024, are accepted as timely filed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Extend Deadlines** [#21] is denied as moot; and

2. That all of the filings of the parties from November 22, 2023, to January 4, 2024, are accepted as timely filed

Dated: June 28, 2024.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.