# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23 -cv- 01501 - KAS

SAN JUAN CITIZENS ALLIANCE, et al.,

Plaintiff(s),

v.

DEREK PADILLA, in his official capacity as Di,

Defendant(s).

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

☐ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☑ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully Submitted this 31st Day of July, 2024:


*s/Travis E. Stills*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org
*Attorney for Petitioners*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org
*Attorney for Petitioner San Juan Citizens Alliance*

Allison N. Henderson
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
AHenderson@biologicaldiversity.org

*Attorney for Petitioner Center for Biological Diversity*

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
***Emma L. Hamilton*** (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1361
emma.hamilton@usdoj.gov

*Attorney for Respondents*