**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-REB

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

DEREK PADILLA, in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

**JOINT STATUS REPORT**

---

Petitioners and Respondents hereby notify the Court of developments that may result in resolution of this case without the need for further litigation. Since October 2023, the Parties have been engaged in good faith settlement discussions and remain hopeful that they can resolve the case in a mutually agreeable way. The Parties have now reached a tentative agreement on a substantive proposal to recommend to their respective decisionmakers, and are in the process of negotiating an agreement to resolve attorneys' fees and costs that would be included in that proposal.

As of the date of this filing, Petitioners have provided Respondents with their

billing records in order to further the ongoing negotiations. Any final proposed agreement will be subject to review and approval by the relevant officials at the U.S. Department of Agriculture and U.S. Department of Justice. The Parties will file a Joint Status Report updating the Court on the status of negotiations on or before April 4, 2025.

Respectfully submitted this 18th day of February, 2025.

LISA LYNNE RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/Emma L. Hamilton*
***Emma L. Hamilton***
(CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Phone: (202) 305-5689
emma.hamilton@usdoj.gov

*Attorneys for Respondents*

*s/Travis E. Stills*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Petitioners*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5

Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Petitioner*
*San Juan Citizens Alliance*

Allison N. Henderson
Southern Rockies Director
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
ahenderson@biologicaldivesity.org

*Attorney for Petitioner*
*Center for Biological Diversity*