**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-RMR

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY;

Petitioners,

v.

NICHOLAS MUSTOE,[1] in his official capacity as District Ranger, Mancos-Dolores Ranger District, San Juan National Forest;
DAVID NEELY, in his official capacity as San Juan National Forest Supervisor;
UNITED STATES FOREST SERVICE;
UNITED STATES DEPARTMENT OF AGRICULTURE;

Respondents.

---

**JOINT STATUS REPORT**

---

Petitioners and Respondents hereby notify the Court of further developments that may result in resolution of this case without the need for further litigation. Since filing an initial Joint Status Report on February 18, 2025, ECF No. 36, the Parties have continued good faith settlement discussions. Building on our tentative agreement on substantive terms of a settlement, the Parties have made substantive progress negotiating an agreement to resolve attorneys' fees and costs that would be included in the proposed settlement agreement. On February 18, 2025, Petitioners provided Respondents with their initial fee settlement offer. Respondents responded on March 4, 2025 with their counter. Petitioners replied on March 14, 2025. The Parties have

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), current District Ranger Nicholas Mustoe is automatically substituted as a Party for former District Ranger Derek Padilla.

continued their fee negotiations via conference and require additional time for further discussions.

Any final proposed agreement will be subject to review and approval by the authorized officials at the U.S. Department of Agriculture and U.S. Department of Justice. The Parties will either file a Joint Status Report updating the Court on the status of negotiations or proposed resolution of the case on or before May 2, 2025.

Respectfully submitted this 4th day of April, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
***Emma L. Hamilton***
(CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Phone: (202) 305-5689
emma.hamilton@usdoj.gov

*Attorneys for Respondents*

*s/ Travis E. Stills (with permission)*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Petitioners*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Petitioner*
*San Juan Citizens Alliance*

Allison N. Henderson
Southern Rockies Director
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008 ahenderson@biologicaldivesity.org

*Attorney for Petitioner*
*Center for Biological Diversity*