**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1501-RMR

SAN JUAN CITIZENS ALLIANCE;
CENTER FOR BIOLOGICAL DIVERSITY,

Petitioners,

v.

NICHOLAS MUSTOE, et al.,

Respondents.

---

**JOINT STATUS REPORT**

---

Petitioners and Respondents hereby notify the Court of further developments that may result in resolution of this case without the need for further litigation. The Parties previously reported that they reached a tentative agreement on a settlement proposal to recommend to their respective decisionmakers, ECF Nos. 37 & 38, and that the final, proposed agreement is subject to ongoing review and approval by officials at the U.S. Department of Agriculture and U.S. Department of Justice. ECF Nos. 39 & 40.

On June 20, 2025, Respondents received final approval to execute the proposed settlement agreement. Undersigned counsel will prepare and file the final approved documents, including a joint motion to dismiss, on June 23, 2025.

Respectfully submitted this 20th day of June, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

/s/ *Emma L. Hamilton*
***Emma L. Hamilton***
(CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Phone: (202) 305-5689
emma.hamilton@usdoj.gov

*Attorneys for Respondents*

s/ *Travis E. Stills (with permission)*
**Travis E. Stills**
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Petitioners*

**John W. Rader**
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Petitioner*
*San Juan Citizens Alliance*

**Allison N. Henderson**
Southern Rockies Director
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
ahenderson@biologicaldivesity.org

*Attorney for Petitioner*
*Center for Biological Diversity*