**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01501-RMR

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

Petitioners,

v.

NICHOLAS MUSTOE, et al.,

Respondents.

---

**JOINT MOTION TO DISMISS**

---

The parties, having reached a compromise that would resolve this litigation, *see* Ex. 1, jointly move the Court to enter the attached proposed order that dismisses this case with prejudice while retaining the Court's jurisdiction to modify or enforce the Settlement Agreement.

The parties have conditioned their Settlement Agreement—and this dismissal request— upon the Court's agreement to retain jurisdiction to resolve any motions seeking compliance with the terms of the Stipulated Settlement Agreement and to resolve any motions seeking to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

A proposed order is filed with this motion.

**RESPECTFULLY SUBMITTED, June 23, 2025**

For Petitioners:

*s/Travis E. Stills*
Travis E. Stills
Energy & Conservation Law
227 E. 14th Street #201
Durango, Colorado 81301
(970) 375-9231
stills@eclawoffice.org

*Attorney for Petitioners*

John W. Rader
San Juan Citizens Alliance
1309 E. 3rd Ave #5
Durango, CO 81301
(970) 259-3593
john@sanjuancitizens.org

*Attorney for Petitioner San Juan Citizens Alliance*

Allison N. Henderson
Southern Rockies Director
Senior Attorney
Center for Biological Diversity
P.O. Box 3024
Crested Butte, CO 81224
(970) 309-2008
ahenderson@biologicaldivesity.org

*Attorney for Petitioner Center for Biological Diversity*

For Respondents:

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Emma L. Hamilton*
***Emma L. Hamilton***
(CA Bar No. 325360)

Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
Phone: (202) 305-5689
emma.hamilton@usdoj.gov