**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01501-RMR

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

Petitioners,

v.

NICHOLAS MUSTOE, et al.,

Respondents.

---

**[PROPOSED] ORDER**
**GRANTING JOINT MOTION TO DISMISS**

---

The parties have informed the Court that they have reached an agreement to resolve this litigation, *see* ECF No. 43-1, and have jointly moved for the Court to dismiss this case with prejudice but retain jurisdiction to oversee compliance with the terms of the Agreement. Having considered the joint motion, the terms of the Settlement Agreement, and finding good cause, the Court hereby **GRANTS** the joint motion, and **ORDERS** that:

1. The Court retains jurisdiction to resolve motions seeking compliance with the terms of the Stipulated Settlement Agreement and to resolve any motions seeking to modify such terms, as requested by the Parties in the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

2. Petitioners' Complaint is **DISMISSED, WITH PREJUDICE**.

3. All other motions pending with the Court are moot.

It is so **ORDERED**.

ENTERED: _____________, 2025.

_________________________________________
THE HONORABLE REGINA M. RODRIGUEZ
UNITED STATES DISTRICT JUDGE