**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01501-RMR

SAN JUAN CITIZENS ALLIANCE, and
CENTER FOR BIOLOGICAL DIVERSITY,

Petitioners,

v.

NICHOLAS MUSTOE, et al.,

Respondents.

---

**ORDER**
**GRANTING JOINT MOTION FOR RECONSIDERATION**

---

Having reviewed the Parties' Stipulated Settlement Agreement (ECF No. 43-1) and the Joint Motion for Reconsideration (ECF No. 46) it is hereby **ORDERED AND ADJUDGED** that:

1. The Court's June 24, 2025 Dismissal Order, ECF No. 44, is amended to read as follows.

2. This matter is before the Court on ECF No. 43, the parties' Joint Motion to Dismiss. The Court retains jurisdiction to resolve motions seeking compliance with the terms of the Stipulated Settlement Agreement and to resolve any motions seeking to modify such terms, as requested by the Parties in the Agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994). The Joint Stipulation is otherwise GRANTED, and the

case is DISMISSED WITH PREJUDICE.

It is so **ORDERED**.

ENTERED: July 17, 2025.

THE HONORABLE REGINA M. RODRIGUEZ
UNITED STATES DISTRICT JUDGE